UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB,
Plaintiff,

v.

OFFICE OF MANAGEMENT AND BUDGET,
Defendant.

Case No. 26-cv-08170-LJC

**SCHEDULING ORDER**

Having considered the parties' written scheduling proposals (ECF No. 19) and positions stated at the November 19, 2026 case management conference, the Court sets the following schedule.

Defendant Office of Management and Budget's (OMB's) proposed production schedule of 500 pages per month beginning January 15, 2027 and every month thereafter is similar to its proposal in the related case that the Court found inadequate on its face. *See* No. 3:25-cv-05732-LJC, ECF No. 30. OMB has not provided the Court with reasons to justify this production rate or schedule, particularly given its representation that its search returned only 2,700 pages before de-duplication. ECF No. 19 at 2, 4. The Court therefore adopts Plaintiff's proposed schedule. This Order is without prejudice to the parties stipulating, or to either side moving, to adjust any deadline set forth herein based on a showing of good cause.

OMB shall produce documents responsive to Request No. 2026-577 at a rate of either 400 documents per month or 2,000 pages per month, beginning with a production that meets at least one of those two thresholds no later than January 6, 2027 and continuing with further productions no later than the 15th day, or nearest following business day, of each month thereafter. The discrepancy between the first deadline on December 19 and subsequent deadlines at the start of

United States District Court
Northern District of California

each month is intentional, allowing OMB some degree of time and flexibility in ramping up its review and production. This schedule and production rate is consistent with the Court's order in the related case No. 3:25-cv-05732-LJC, ECF No. 30.

The Court does not set a deadline for motions for summary judgment at this time. The parties may file motions as they see fit, consistent with applicable rules and orders.

A further case management conference will occur by Zoom webinar videoconference at 1:30 PM on March 25, 2027. The parties shall file an updated joint case management statement no later than March 18, 2027.

**IT IS SO ORDERED.**

Dated: November 24, 2027

LISA J. CISNEROS
United States Magistrate Judge